UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Darnell and Richard Underwood

                      Plaintiff,

       -against-                             **AFFIDAVIT OF SERVICE**

CITY OF NEW YORK, et. al

                                                      15-CV-7531 (RRM) (MDG)

                      Defendants. --

-----------------------------------------------------------------x

        I, Tyrin Torres, being duly sworn deposes and says:

1.     I am not a party to this action, I am over 18 years of age, and I reside in the State of New York.

2.     On October 22 2015, at approximately 12:19 P.M, I served the summons and complaint in this matter on P.O. Eduardo Cornejo by delivering a copy of same to Lt Omalley , a person of suitable age and discretion at defendant's actual place of business within the state, at 51-02 59th Street, Woodside, NY.

3.     Thereafter, I mailed a copy of the summons and complaint post paid by first class mail properly addressed to the defendant at the aforementioned address in an envelope marked personal and confidential and not indicating that the communication was from an attorney or concerned an action against the defendant and deposited said envelope in a post office official depository under exclusive care of the United States Postal Service.

Dated: New York, New York
October 23, 2015

_____
Tyrin Torres

Sworn to me on 23rd day
Of October 2015

_____
NOTARY PUBLIC

ROBERT MARINELLI
Notary Public, State of New York
Reg. No. 02MA6220272
Qualified in New York County
My Commission Expires June 2, 2018