

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MARIA FERNANDA DECASTRO
*Assistant Corporation Counsel*
Phone: (212) 356-2658
Fax: (212) 356-3559
mdecastr@law.nyc.gov

November 12, 2015

**BY ECF**
Honorable Marilyn D. Go
United States Magistrate Judge
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Darnell Underwood, et al. v. City of New York, et al., 14-CV-7531 (RRM) (MDG)

Your Honor:

      I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants City of New York, Officer Delacruz, and Officer Gonzalez in the above-referenced matter. Pursuant to Your Honor's Order dated September 29, 2015, I write on behalf of the parties to provide the Court with a joint status report.

      The parties have engaged in discovery, however, the parties are waiting for medical records related to plaintiff Darnell Underwood's treatment at Wyckoff Hospital. Additionally, the parties are in the process of discussing settlement. The parties do not have any outstanding discovery disputes at this time.

      Thank you for your consideration herein.

Respectfully submitted,

/s/
Maria Fernanda DeCastro
*Assistant Corporation Counsel*

cc: BY ECF
Robert Marinelli
305 Broadway, 9th Flr.
New York, NY 10007
(212) 822-1427
Email: robmarinelli@gmail.com